Darryl ALLMOND, Plaintiff–Appellant,

v.

FORT BELVOIR; Kennedy Shelter; Juani Dias, D.F.S.; Maurice I. Jones, D.S.S. Comm.; Andera Attili; John and Jane Does; Larence Edler; P. Mitchell; New Hope Housing, Defendants–Appellees.

No. 03–1013.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Darryl Allmond, Appellant pro se.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Darryl Allmond seeks to appeal the district court's order denying relief on his complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal against Fort Belvoir on the reasoning of the district court. *See Allmond v. Fort Belvoir*, No. CA–02–1703–A (E.D. Va. filed Dec. 16, 2002 & entered Dec. 17, 2002). We dismiss the remainder of the appeal as interlocutory under *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). We dispense with oral argument becuase the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*